IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 12, 2008

Charles R. Fulbruge III
Clerk

————————————

No. 08-50080
Summary Calendar

————————————

DWAYNE A CULPEPPER

Plaintiff-Appellant

v.

TEXAS ALCOHOLIC BEVERAGE COMMISSION; CRAIG
BOBO, Texas Alcoholic Beverage Commission Employee;
individually and in his official capacities; LIEUTENANT R H
"HANK" BLANCHARD, Texas Alcoholic Beverage Commission,
individually and in his official capacities; REESE BOWEN, Chief,
individually; THE CHILDRESS INDEX; CHRIS BLACKBURN,
Editor, individually and in his official capacities; MICHAEL PIGG,
Childress County Sheriff, individually and in his official capacities;
JENNIFER FOSTER, District Director for State Senator Robert
Duncan, individually and in her official capacity; ADAM BISHOP,
individually; BISHOP ENTERPRISES

Defendants-Appellees

————————————

Appeal from the United States District Court
for the Eastern District of Texas
(1:06-CV-830)

————————————

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Dwayne A. Culpepper appeals the November 19,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

2007 Final Judgment of the district court, separately rendered to effectuate the court's Order on Report and Recommendation of the United States Magistrate Judge of October 22, 2007, overruling Culpepper's objections, approving and accepting said Report and Recommendation, granting the several dismissal motions of the various defendants, and dismissing Culpepper's myriad claims against the multitude of defendants. As Culpepper and all parties defendant have urged that oral argument not be heard in this appeal, we have carefully reviewed the record on appeal, including, without limitation, the exhaustive Report and Recommendation of the magistrate judge and the Order of the district court thereon, as a result of which we are convinced that the Final Judgment of the district court should be affirmed in all respects.

AFFIRMED.